IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| C.R.L., | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Case No. 4:25-cv-175-CDL-AGH |
| | : | 28 U.S.C. § 2241 |
| TERRENCE DICKERSON, *et al.*,[1] | : | |
| | : | |
| Respondents. | : | |

**ORDER**

Petitioner filed application for habeas corpus relief under 28 U.S.C. § 2241 on June 6, 2025 (ECF No. 1). Having initially reviewed Petitioner's application, the Court finds good cause to extend the time for a response. 28 U.S.C. § 2243. Accordingly, Respondents shall have twenty-one (21) days to file a comprehensive response to said application. Within fourteen (14) days thereafter, Petitioner should file any desired reply. The Court will consider whether to hold an evidentiary hearing once briefing is complete.

**SO ORDERED**, this 9th day of June, 2025.

    s/ *Amelia G. Helmick*
UNITED STATES MAGISTRATE JUDGE

---

[1] The petition misspells Respondent Terrence Dickerson's name. The Clerk is **DIRECTED** to update the docket accordingly.